UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MYINT MYINT LWIN,<br><br>　　　　Defendant. | CR 06-0594 MMC (JL)<br><br>**ORDER** [~~proposed~~] |

On September 20, 2006, this Court ordered the defendant released on a $250,000 bond secured by real property in the above-captioned criminal case. The Court also imposed additional conditions governing the terms and conditions of defendant's release, all of which are set forth in the written bond. The defendant is also currently in removal proceedings and is subject to an I-247 immigration detainer. If the Immigration Judge does not order defendant released during the removal proceedings or orders a bond which the defendant is unable to secure, this Court orders the United States Immigration and Customs Enforcement Agency to ensure that the defendant is detained in the Northern District of California throughout the pendency of the above-captioned criminal case.

IT IS SO ORDERED.

DATED: 5-20-06

_____
Honorable James Larson
United States Magistrate Judge

Order