Stephen Shaiken, Esq. (Bar No. 90915)
LAW OFFICES OF STEPHEN SHAIKEN
170 Columbus Avenue, Suite 100
San Francisco, CA 94133
Telephone: (415) 248-1012
Fax: (415) 248-0019

Attorney for Defendant,
Myint Lwin

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **NO: CR 06-00594 MMC** |
| ) | |
| Plaintiff, ) | **STIPULATION** |
| ) | **TO CONTINUE CHANGE OF PLEA** |
| ) | AND ORDER THEREON |
| Shun Aun Chee, Myint Mying Lwin, ) | |
| Pamela Yee ) | |
| Defendant, ) | |

**IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES THAT:**

1.) This matter is set for a change of plea on January 16, 2008, at 2:30 p.m.;

2.) The parties agree that adequate preparation requires a continuance until

February 27, 2008 at 2:30.p.m.;


_____S/shsaiken_____
_____Stephen Shaiken, Atty for Defendant Lwin

_____S/rharris_____
Robin Harris, Atty for Government

**SO ORDERED**, and time is excluded as set forth in the Clerk's minutes for January 16, 2008.

_____
Hon. Maxine M. Chesney, U.S. District Court Judge


 DATED:  January 17, 2008