Stephen Shaiken, Esq. (Bar No. 90915)
LAW OFFICES OF STEPHEN SHAIKEN
170 Columbus Avenue, Suite 100
San Francisco, CA 94133
Telephone: (415) 248-1012
Fax: (415) 248-0019

Attorney for Defendant,
Myint Mying Lwin

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>Myint Mying Lwin, et. al., )<br>Defendant, )<br>_____ ) | **NO: CR 06-00594 MMC**<br><br>**[REVISED PROPOSED] TRAVEL ORDER** |

Defendant Myint Mying Lwin is authorized to travel From San Francisco to Baltimore, Maryland on June 17, 2008, to attend the wedding of her sister, Pamela Yee, a codefendant in this case. Defendant shall return to San Francisco on July 5, 2008.

Dated: June 3, 2008

_____
Hon. Maxine M. Chesney, U.S. District Court Judge