Stephen Shaiken, Esq. (Bar No. 90915)
LAW OFFICES OF STEPHEN SHAIKEN
170 Columbus Avenue, Suite 100
San Francisco, CA 94133
Telephone: (415) 248-1012
Fax: (415) 248-0019

Attorney for Defendant,
Myint Mying Lwin

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **NO: CR 06-00594 MMC** |
| Plaintiff, | ) ) ) | [~~PROPOSED~~] **MODIFIED TRAVEL ORDER** |
| Myint Mying Lwin, et. al., | ) | |
| Defendant, | ) ) | |

The order of the court authorizing travel from San Francisco to Maryland and back between June 17 and July 5, 2008 is modified **t**o permit defendant Myint Mying Lwin to travel round trip from Maryland to New York, between June 23 and June 26, 2008.  All other aspects of the order remain in effect.

Dated: June 25 2008

_Maxine M. Chesney_

Hon. Maxine M. Chesney, U.S. District Court Judge