Stephen Shaiken, Esq. (Bar No. 90915)
LAW OFFICES OF STEPHEN SHAIKEN
170 Columbus Avenue, Suite 100
San Francisco, CA 94133
Telephone: (415) 248-1012
Fax: (415) 248-0019

Attorney for Defendant,
Myint Mying Lwin

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> Myint Mying Lwin ) <br> Defendant, ) <br> _____ ) | **NO: CR 06-00594 MMC** <br><br> **STIPULATION AND ORDER TO CONTINUE SENTENCING** |

**IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES THAT** the sentencing date for defendant Myint Mying Lwin be continued from July 16, 2008 at 2:30 p.m. until October 22, 2008 at 2:30 p.m. in order to allow for preparation of a presentence report and submission by the parties.

United states Probation Officer Ben Flores has advised the parties that this continuance is required and agrees to the date and time.

Dated: July 10, 2008


 s/s.shaiken                                                           /r.harris

Stephen Shaiken, Esq. For Defendant Lwin        Robin Harris, Assistant United States Attorney


**SO ORDERED**

_____                    Dated:_____

Hon. Maxine M. Chesney, U.S. District Court Judge        July  11 ,2008