Stephen Shaiken, Esq. (Bar No. 90915)
LAW OFFICES OF STEPHEN SHAIKEN
170 Columbus Avenue, Suite 100
San Francisco, CA 94133
Telephone: (415) 248-1012
Fax: (415) 248-0019

Attorney for Defendant,
Myint Mying Lwin

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| UNITED STATES OF AMERICA ) | NO: CR 06-00594 MMC |
| ) | |
| Plaintiff, ) | [PROPOSED] |
| ) | TRAVEL ORDER |
| Myint Mying Lwin, et. al., ) | |
| Defendant, ) | |
| _____ ) | |

   The order of the court authorizing travel from San Francisco to Las Vegas and Los Angles and then back to San Francisco.  Defendant shall depart by automobile on July 15, 2008, in the evening, and shall spend the evenings of July 16 and 17 in Las Vegas, the evenings of July 18th through 20th in Los Angeles, and shall drive back to San Francisco on July 21, 2008

Dated: July 14 2008

_____
Hon. Maxine M. Chesney, U.S. District Court Judge