IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-0594-2 MMC |
| Plaintiff | **ORDER DIRECTING DEFENDANT MYINT MYINT LWIN TO SUBMIT CHAMBERS COPIES IN COMPLIANCE WITH GENERAL ORDER 45** |
| v. | |
| MYINT MYINT LWIN, | |
| Defendant / | |

On May 20, 2008, defendant Myint Myint Lwin electronically filed "Defendant's Objections to Presentence Report and Sentencing Memorandum." Defendant has violated General Order 45, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VI.G.

Defendant is hereby ORDERED to comply with General Order 45 by immediately submitting a chambers copy of the above-referenced document. Defendant is hereby advised that if she fails in the future to comply with the General Order to provide a chambers copy of electronically-filed documents, the Court may impose sanctions, including, but not limited to, striking from the record any electronically-filed document of

which a chambers copy has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated: October 21, 2008

_____
MAXINE M. CHESNEY
United States District Judge