1  Stephen Shaiken, Esq. (Bar No. 90915)
   LAW OFFICES OF STEPHEN SHAIKEN
2  170 Columbus Avenue, Suite 100
   San Francisco, CA 94133
3  Telephone: (415) 248-1012
   Fax: (415) 248-0019
4
   Attorney for Defendant,
5  Myint Mying Lwin

6                    UNITED STATES DISTRICT COURT

7                   NORTHERN DISTRICT OF CALIFORNIA

8                            SAN FRANCISCO

9  UNITED STATES OF AMERICA        )    NO: CR 06-00594 MMC
                                   )
10          Plaintiff,              )    [PROPOSED] ORDER TO RELEASE
                                   )    PASSPORT TO COUNSEL
11                                 )
   Myint Mying Lwin, et. al.,      )
12          Defendant,              )
                                   )
13 ─────────────────────────────── )

14 **GOOD CAUSE HAVING BEEN FOUND,** the Clerk of the court is hereby ordered to release

15 defendant's passport to her counsel, Stephen Shaiken, Esq.

16 Dated: March  16 , 2009

17

18 *[signature]*

19 Hon. Maxine M. Chesney, U.S. District Court Judge

20

21

22

23

24

25

26

27

28